IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| PAUL MINIX | § | |
| v. | § | CIVIL ACTION NO. 6:06cv306 |
| DENNIS BLEVINS, ET AL. | § | |

ORDER DENYING MOTION FOR INJUNCTIVE RELIEF

  The Plaintiff Paul Minix, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights during his confinement in the Texas Department of Criminal Justice, Correctional Institutions Division. The parties have consented to allow the undersigned United States Magistrate Judge to enter final judgment in this proceeding pursuant to 28 U.S.C. §636(c).

  On August 21, 2006, Minix filed a motion asking for a preliminary injunction or temporary restraining order. This Court issued a Report, prior to the consent of the parties. recommending that the motion be denied, to which Minix has filed objections. These objections acknowledge that one portion of the request for injunctive relief is now moot, in that certain property has been returned to him, and argues that his safety is in danger because of a prior assault by an officer who has threatened him again. However, the officer about whom he complains, Major Barbosa, is not on the Ramsey Unit, where Minix is housed. Minix's objections are without merit, and it is accordingly

  ORDERED that the Report issued by this Court (docket no. 16) is hereby ADOPTED as the opinion of the Court with regard to the Plaintiff's motion for injunctive relief. It is further

ORDERED that the Plaintiff's motion for a temporary restraining order or preliminary injunction (docket no. 15) is hereby DENIED.

**So ORDERED and SIGNED this 23rd day of February, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE